IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-00276-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| SEDALE LEE COUNCIL, | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's Motion to Seal (DE 71) [DE 73]. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed documents, the Motion is GRANTED. The Clerk of the Court shall maintain under seal the documents at DE 71 until further order of the court.

SO ORDERED this 14th day of October, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE